JOSEPH B. BISSELL, Appellant, *v.* MARY P. MYTON et al., as Executors of ALFRED SULLY, Deceased, Respondents.

*Bissell* v. *Myton*, 160 App. Div. 268, affirmed.
(Submitted March 4, 1915; decided March 23, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1914, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term and granting a new trial in an action to recover for medical services alleged to have been rendered to members of the decedent's family.

*Franklin Bien* for appellant.

*Frank T. Wells* for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.